**FILED**

AUG 5 - 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

7-30-21

Dear Your Honor

I'm writing the court to ask if it would accept my letter as a motion for the following:

Notice of appeal in the court order of July 6, 2021

Motion to extend the time to file a notice of appeal # 2:07 cr 20043

Reasons why I need a extension it has taken some time for the decision to reach me and for me to reach out the the Federal Defender office to view my options and of this was done by mail on top of that the pandemic Covid as hinder my ocess to the law library I ask the court to appoint me counsel to help me on my appeal if not give me some time to proceed pro se
 thank you
 Freddell Bryant

Freddell Bryant # 22433424
PO Box 1034 USP Coleman II
Coleman Fl 33521

Clerk of the Court
201 S Vine St
Urbana Illinois 61802

TAMPA FL 335
SAINT PETERSBURG FL
2 AUG 2021 PM 5 L

Legal Mail


