E-FILED
Monday, 24 January, 2022 09:05:42 AM
Clerk, U.S. District Court, ILCD

APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:07–cr–20043–SLD–1

Case title: USA v. Bryant

Date Filed: 04/04/2007

Date Terminated: 04/30/2010

Assigned to: Chief Judge Sara
Darrow

**Defendant (1)**

| | | |
|---|---|---|
| **Freddell Bryant**<br>*TERMINATED: 04/30/2010*<br>*also known as*<br>Fredell Bryant<br>*TERMINATED: 04/30/2010* | represented by | **Jon Gray Noll**<br>NOLL LAW OFFICE LLC<br>930 East Monroe Street<br>Springfield, IL 62701<br>217–544–8441<br>Fax: 217–544–8775<br>Email: noll@noll–law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Robert L Rascia**<br>LAW OFFICES OF ROBERT LOUIS RASCIA, LTD<br>Suite 700<br>650 N Dearborn<br>Chicago, IL 60654<br>312–994–9100<br>Email: rrascia@rasciadefense.com<br>*TERMINATED: 01/17/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Thomas W Patton**<br>FEDERAL PUBLIC DEFENDER<br>Suite 1500<br>401 Main St<br>Peoria, IL 61602<br>309–671–7891<br>Fax: 309–671–7898<br>Email: thomas_patton@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Pending Counts**

CONSPIRACY TO DISTRIBUTE
NARCOTICS (From on or about
October, 2003, and continuing
through at least March, 2007,
defendant did knowingly conspire
with others to possess with intent to
distribute five hundred grams or more
of cocaine and fifty grams or more of
cocaine base ("crack") in violation of
Title 21 U.S.C. Sections 846,
841(a)(1) and 841(b)(1)(A) & (B),
and Title 18 U.S.C. Section 2
(1)

NARCOTICS – SELL,
DISTRIBUTE, OR DISPENSE (On
or about July 12, 2004, defendant did
knowingly possess five hundred
grams or more of cocaine with intent
to distribute, in violation of Title 21,
U.S.C. Section 841(a)(1) &
(b)(1)(B)(ii)
(2)

VIOLENT
CRIME/DRUGS/MACHINE GUN
(On or about October 17, 2003, July
12, 2004, and July 25, 2005,
defendant did knowingly possess a
firearm in furtherance of the crime of
conspiracy to distribute and to
possess with intent to distribute
cocaine and cocaine base ("crack") as
charged in Count 1, in violation of
title 18 U.S.C. Section 924(c)
(3)

UNLAWFUL TRANSPORT OF
FIREARMS, ETC. (On or about July
25, 2005, defendant, having been
previously convicted of a crime
punishable by imprisonment for a
term exceeding one year, did

**Disposition**

It is the judgment of the Court that defendant is
hereby committed to the custody of the Bureau of
Prisons for a period of 300 months. Said term
shall consist of 240 months on Counts 1 and 2, to
run concurrently to each other and 60 months on
Count 3, to be served consecutive to Counts 1
and 2. Upon release from custody, the defendant
shall serve a 10–year term of supervised release.
Said term shall consist of 10 years on Count 1, 8
years on Count 2 and 5 years on Count 3; all
counts to be served concurrently. It is further
ordered that the defendant shall pay a special
assessment in the amount of $300, due
immediately

It is the judgment of the Court that defendant is
hereby committed to the custody of the Bureau of
Prisons for a period of 300 months. Said term
shall consist of 240 months on Counts 1 and 2, to
run concurrently to each other and 60 months on
Count 3, to be served consecutive to Counts 1
and 2. Upon release from custody, the defendant
shall serve a 10–year term of supervised release.
Said term shall consist of 10 years on Count 1, 8
years on Count 2 and 5 years on Count 3; all
counts to be served concurrently. It is further
ordered that the defendant shall pay a special
assessment in the amount of $300, due
immediately

It is the judgment of the Court that defendant is
hereby committed to the custody of the Bureau of
Prisons for a period of 300 months. Said term
shall consist of 240 months on Counts 1 and 2, to
run concurrently to each other and 60 months on
Count 3, to be served consecutive to Counts 1
and 2. Upon release from custody, the defendant
shall serve a 10–year term of supervised release.
Said term shall consist of 10 years on Count 1, 8
years on Count 2 and 5 years on Count 3; all
counts to be served concurrently. It is further
ordered that the defendant shall pay a special
assessment in the amount of $300, due
immediately

Dismissed upon motion by the Government.

knowingly possess a firearm, in
violation of Title 18 U.S.C. Section
922(g)(1)

(4)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Crystal Connie Correa** |
| | | UNITED STATES ATTORNEY'S |
| | | OFFICE |
| | | 318 S Sixth Street |
| | | Springfield, IL 62701–1806 |
| | | 217–492–4471 |
| | | Fax: 217–492–4044 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | |
| | | **Eugene L Miller** |
| | | US ATTY |
| | | 201 South Vine |
| | | Urbana, IL 61802 |
| | | 217–373–5875 |
| | | Fax: 217–373–5891 |
| | | Email: eugene.miller@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/04/2007 | 1 | | INDICTMENT as to Freddell Bryant (1) Counts 1, 2, 3, and 4. (SP, ilcd) (Entered: 04/04/2007) |

| 04/04/2007 | 2 | +++ **SEALED DOCUMENT.** (Unredacted Indictment) (SP, ilcd) (Entered: 04/04/2007) |
|---|---|---|
| 05/21/2007 | | Arrest of Freddell Bryant in Northern District of Illinois. (SP, ilcd) (Entered: 06/15/2007) |
| 06/15/2007 | 4 | Rule 5(c)(3) Documents Received from Northern District of Illinois as to Freddell Bryant. (Attachments: #(1) NDIL Docket Sheet, #(2) NDIL Affidavit of Complaint Removal Proceedings, #(3) NDIL 5/21/07 Minutes, #(4) NDIL Attorney Appearance, #(5) NDIL 5/24/2007 Minutes)(SP, ilcd) (Entered: 06/15/2007) |
| 06/19/2007 | | TEXT ORDER entered by Judge David G. Bernthal on 6/19/2007 as to Freddell Bryant. An Initial Appearance is set for 6/22/2007 at 10:30 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 06/19/2007) |
| 06/22/2007 | | ORAL MOTION to Unseal Case by USA at hearing held 6/22/2007 as to Freddell Bryant. (SP, ilcd) (Entered: 06/22/2007) |
| 06/22/2007 | | TEXT ORDER entered by Judge David G. Bernthal at hearing held on 6/22/2007 granting Government's Oral Motion to Unseal Case as to Freddell Bryant (1). (SP, ilcd) (Entered: 06/22/2007) |
| 06/22/2007 | | ORAL MOTION to Continue by Freddell Bryant. (SP, ilcd) (Entered: 06/22/2007) |
| 06/22/2007 | | ORAL MOTION for Detention by USA as to Freddell Bryant. (SP, ilcd) (Entered: 06/22/2007) |
| 06/22/2007 | | Minute Entry for proceedings held on 6/22/2007 before Judge David G. Bernthal : Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared in person. Cause called for Initial Appearance. Defendant advised of rights, including right to counsel. Defendant advises the Court he will retain Attorney Kevin Bolger and does not seek court–appointed counsel. Oral motion by the Government for Detention. Oral motion by the defendant to continue Arraignment and Detention hearings so that counsel may be present. Oral Motion to Continue as to Freddell Bryant (1) is GRANTED. Arraignment and Detention Hearings set for 6/27/2007 at 4:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. Order of temporary detention to be entered. Defendant is remanded to the custody of the U S Marshal. Oral motion by the Government to unseal case; granted. Case is ordered unsealed.(Tape #UR–C 10:35 AM) (SP, ilcd) (Entered: 06/22/2007) |
| 06/22/2007 | 5 | ORDER OF TEMPORARY DETENTION entered by Judge David G. Bernthal on 6/22/2007 as to Freddell Bryant. (SP, ilcd) (Entered: 06/22/2007) |
| 06/27/2007 | 6 | NOTICE OF ATTORNEY APPEARANCE: Robert L Rascia appearing for Freddell Bryant (Rascia, Robert) (Entered: 06/27/2007) |
| 06/27/2007 | | ORAL MOTION to Continue arraignment/detention hearing by Freddell Bryant. (KM, ilcd) (Entered: 06/27/2007) |
| 06/27/2007 | | Minute Entry for proceedings held 6/27/07 before Judge David G. Bernthal. Appearance for Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in person with counsel Robert Rascia present via telephone. Hearing held regarding defendant's oral motion to continue hearing as to |

| | | |
|---|---|---|
| | | Freddell Bryant (1). No objection by Government or by defendant Bryant to continuance. Arraignment/Detention hearing reset to 6/28/2007 at 2:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. The Court finds by granting the continuance, the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Defendant is remanded to custody of US Marshal. (Tape #UR–B 2:55 PM.) (KM, ilcd) (Entered: 06/27/2007) |
| 06/28/2007 | | Minute Entry for proceedings held on 6/28/2007 before Judge David G. Bernthal : Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared in person with counsel, Atty Robert Rascia. Arraignment as to Freddell Bryant (1) Counts 1–4 held. Defendant sworn and questioned by the Court. Defendant advised of charges and possible penalties. Defendant enters a plea of not guilty to all charges of the Indictment. Scheduling order entered. Cause called for Detention Hearing as to Freddell Bryant. Defendant waives detention hearing. The Court finds the waiver knowing and voluntary and orders the defendant detained pending trial. Written order to be entered. Defendant is remanded to the custody of the U S Marshal. (Tape #UR–B 2:33 PM) (SP, ilcd) (Entered: 06/28/2007) |
| 06/28/2007 | 7 | SCHEDULING ORDER entered by Judge David G. Bernthal on 6/28/2007 as to Freddell Bryant. Pretrial Conference set for 8/1/2007 at 9:15 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection and Jury Trial set for 8/27/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (SP, ilcd) Modified on 8/1/2007 to correct jury trial date (KM, ilcd). (Entered: 06/28/2007) |
| 07/02/2007 | 8 | ORDER OF DETENTION entered by Magistrate Judge David G. Bernthal on 7/2/2007 as to Freddell Bryant. (SP, ilcd) (Entered: 07/02/2007) |
| 08/01/2007 | | Minute Entry for proceedings held 8/1/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in person and with counsel Robert Rascia via telephone. Status Conference held. Oral motion by defendant for continuance; no objection by Government. Oral motion granted. Pretrial hearing set for today is vacated; jury selection set for 8/27/07 is vacated. Status Conference is set for 9/5/2007 at 1:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds by granting the continuance, the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from today to 9/5/07 is excluded. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 08/01/2007) |
| 08/22/2007 | 9 | Arrest Warrant Returned Executed on 6/20/2007 as to Freddell Bryant. (SP, ilcd) (Entered: 08/22/2007) |
| 09/05/2007 | | Minute Entry for proceedings held on 9/5/2007 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared in person with counsel, Robert Rascia. Status Conference as to Freddell Bryant held. Status discussed. Defendant waived his right to a speedy trial. Matter set for Change of Plea/Status Hearing on 10/18/2007 at 1:15 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to Title 18 U.S.C. Section 3161(h)(8)(A). Time is excluded from 9/5/2007 to 10/18/2007. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 09/05/2007) |

| | | | |
|---|---|---|---|
| 10/18/2007 | | | Minute Entry for proceedings held on 10/18/2007 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared in person with counsel, Olivia Hubel on behalf of Robert Rascia. Status Conference as to Freddell Bryant held. Oral motion to continue by defendant. No objection by the Government; oral motion granted. Status Conference set for 11/15/2007 at 2:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to Title 18 U.S.C. Section 3161(h)(8)(A). Time is excluded from 10/18/2007 to 11/15/2007. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 10/18/2007) |
| 11/13/2007 | 10 | | MOTION by US Probation to Modify Conditions of Release as to Freddell Bryant. (SKD, ilcd) Modified on 11/13/2007 to vacate document pursuant to 11/13/07 text order as it is filed in wrong case (SKD, ilcd). (Entered: 11/13/2007) |
| 11/13/2007 | | | TEXT ORDER Entered by Chief Judge Michael P. McCuskey granting 10 Motion to Modify Conditions of Release as to Freddell Bryant (1) (Shown on page 2 of #10 motion). (SKD, ilcd) Modified on 11/13/2007 to show order is VACATED as it is filed in wrong case (SKD, ilcd). (Entered: 11/13/2007) |
| 11/13/2007 | 11 | | NOTICE of Waiver of Hearing by US Probation as to Freddell Bryant re 10 MOTION to Modify Conditions of Release (SKD, ilcd) Modified on 11/13/2007 to show document is vacated pursuant to 11/13/07 text order as it is filed in the wrong case (SKD, ilcd). (Entered: 11/13/2007) |
| 11/13/2007 | | | TEXT ORDER as to Freddell Bryant Entered by Chief Judge Michael P. McCuskey. Motion (#10), Notice (#11) and Text order entered 11/13/07 are vacated as they are filed in the wrong case. (SKD, ilcd) (Entered: 11/13/2007) |
| 11/15/2007 | | | Minute Entry for proceedings held on 11/15/2007 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared in person with counsel, Robert Rascia. Status Conference as to Freddell Bryant held. Oral motion by defendant for psychological evaluation. No objection by the Government; oral motion granted. The Court directs that the defendant be transported to U S Medical Facility in Missouri for a sanity and competency evaluation. Matter set for Status Conference on 2/1/2008 at 1:15 PM by telephone before Chief Judge Michael P. McCuskey. The Court will initiate the call. The Court finds the ends of justice are met pursuant to 18 U.S.C. 3161(h)(8)(A). Time is excluded from 11/15/2007 to 2/1/2008. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 11/16/2007) |
| 11/15/2007 | | | ORAL MOTION for Psychiatric Exam by Freddell Bryant at hearing held 11/15/2007. (SP, ilcd) (Entered: 11/16/2007) |
| 11/16/2007 | 12 | | ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION entered by Chief Judge Michael P. McCuskey on 11/16/2007. Defendant's Oral Motion for Psychiatric Exam as to Freddell Bryant (1) is GRANTED. See written order. (SP, ilcd) (Entered: 11/16/2007) |
| 02/05/2008 | | | NOTICE OF HEARING: Due to inclement weather, the courthouse was closed on Friday, February 1, 2008. Therefore, the telephone status conference as to Freddell Bryant set for 2/1/2008 at 1:15 PM is RESET to 2/12/2008 at 1:15 PM by telephone (court will place call) before Chief Judge Michael P. McCuskey. |

| | | |
|---|---|---|
| | | The Court finds by continuing the matter, the ends of justice are met pursuant to Title 18 U.S.C. 3161(h)(8)(A). Time is excluded from 11/15/2007 to 2/12/2008. (MB, ilcd) (Entered: 02/05/2008) |
| 02/12/2008 | | Minute Entry for proceedings held on 2/12/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Appearance for defendant FREDDELL BRYANT by counsel Attorney Robert Rascia, by telephone. Defendant unable to appear at this time. Status Conference as to Freddell Bryant held. Further Status Conference set for 3/3/2008 at 11:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. If defendant has returned from Missouri (MCC) he is to personally appear. Counsel for defendant will appear by telephone. The Court finds in granting the continuance the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from today until 3/3/2008. (Court Reporter JH–Area Wide) (SP, ilcd) (Entered: 02/12/2008) |
| 02/19/2008 | 13 | +++ **SEALED DOCUMENT.** (SP, ilcd) (Entered: 02/19/2008) |
| 02/20/2008 | | NOTICE OF HEARING: A competency hearing as to Freddell Bryant is set for 3/3/2008 at 11:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 02/20/2008) |
| 03/03/2008 | | Minute Entry for proceedings held 3/3/08 before Chief Judge Michael P. McCuskey. Appearance of AUSA Eugene Miller for Government. Defendant FREDDELL BRYANT appears in person, with his counsel, Robert Rascia, appearing via telephone. Status/Competency Hearing as to Freddell Bryant held. The original Forensic Report is filed in open court. Document 13 is a facsimile of the original Forensic Report. Based on the Report, the Court finds that the defendant is fully competent to assist counsel at trial. Defendant's Attorney orally requests a continuance in order to speak with his client. Court suggests that Attorney could contact Judge Bernthal for a plea date. Matter is set for a Status/Change of Plea Hearing on 3/31/2008 at 4:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been met pursuant to 18 USC 3161(h)(8)(a). Time is excluded from 3/3/08 until 3/31/08. Defendant is remanded to the custody of the U S Marshal. (Court Reporter L C.) (VB, ilcd) (Entered: 03/03/2008) |
| 03/03/2008 | 14 | +++ **PSYCHIATRIC REPORT RECEIVED and filed in open court** as to Freddell Bryant. (VB, ilcd) (Entered: 03/03/2008) |
| 03/31/2008 | | Minute Entry for proceedings held on 3/31/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared in person with counsel, Robert Rascia. Status Conference as to Freddell Bryant held. Attorney Rascia advises the Court that the defendant would like a second opinion and requests to speak to another attorney. Matter set for Telephone Status Conference on 4/4/2008 at 3:15 PM before Chief Judge Michael P. McCuskey. The Court will initiate the call. The defendant will be called at DeWitt. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from 3/31/2008 to 4/4/2008. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 04/01/2008) |
| 04/04/2008 | | Minute Entry for proceedings held on 4/4/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. |

| | | |
|---|---|---|
| | | Defendant FREDDELL BRYANT appeared by telephone with counsel, Robert Rascia, by telephone. Status Conference as to Freddell Bryant held. Defendant is contacting another attorney for a second opinion. Matter set for further Status Conference on 4/30/2008 at 1:15 PM by telephone before Chief Judge Michael P. McCuskey. The Court will initiate the call. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from 4/4/2008 to 4/30/2008. (Court Reporter HW) (SP, ilcd) (Entered: 04/07/2008) |
| 04/30/2008 | | Minute Entry for proceedings held 4/30/08 before Chief Judge Michael P. McCuskey. Appearance of AUSA Eugene Miller for Government. Appearance of FREDDELL BRYANT and attorney Robert Rascia. Telephone Status Conference held. Matter set for further Status Conference on 5/5/2008 at 3:00 PM by telephone (court will place call) before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have pursuant to 18 USC 3161 (h)(8)(A). Time from 4/30/08 until 5/5/08 is excluded. (Court Reporter HW.) (SKD, ilcd) (Entered: 04/30/2008) |
| 05/05/2008 | | Minute Entry for proceedings held on 5/5/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared with counsel, Robert Rascia. Telephone Status Conference held. Defendant is allowed until 5/27/2008 to file a motion. Government's response due by 6/17/2008. Matter set for Telephone Status Conference on 6/20/2008 at 1:15 PM before Chief Judge Michael P. McCuskey. The Court will initiate the call. The Court finds the ends of justice are met pursuant to 18 U.S.C. 3161(h)(8)(A). Time is excluded from today until 6/20/2008. (Court Reporter LC) (SP, ilcd) (Entered: 05/05/2008) |
| 05/27/2008 | 15 | MOTION to Suppress by Freddell Bryant. (Rascia, Robert) (Entered: 05/27/2008) |
| 06/17/2008 | 16 | RESPONSE to Motion by USA as to Freddell Bryant re 15 MOTION to Suppress *Evidence* (Miller, Eugene) (Entered: 06/17/2008) |
| 06/20/2008 | | Minute Entry for proceedings held on 6/20/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared with counsel, Robert Rascia. Telephone Status Conference held. Matter set for Motion Hearing on Motion to Suppress 15 on 7/21/2008 at 1:15 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Government is to prepare a writ for Terrance Bryant at Danville Correctional Center to appear in person as a witness. The Court finds the ends of justice are served pursuant to 18 U.S.C. 3161(h)(8)(A). Time is excluded from 6/20/2008 until 7/21/2008. U S Marshal is to transport defendant Freddell Bryant for the hearing set on 7/21/2008. (Court Reporter LC) (SP, ilcd) (Entered: 06/20/2008) |
| 06/24/2008 | 17 | PETITION for Writ of Habeas Corpus ad testificandum *for Terrance D. Bryant* by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 06/24/2008) |
| 06/25/2008 | 18 | ORDER granting 17 Motion for Writ of Habeas Corpus ad testificandum for Terrance Bryant to appear and testify as to Freddell Bryant (1), entered by Magistrate Judge David G. Bernthal on 6/25/2008. (SP, ilcd) (Entered: 06/25/2008) |
| 06/25/2008 | 19 | Writ of Habeas Corpus ad Testificandum Issued for Terrance Bryant (R60501) for motion hearing set on 7/21/2008 at 1:15 p.m. in case as to Freddell Bryant. |

| | | |
|---|---|---|
| | | (SP, ilcd) (Entered: 06/25/2008) |
| 07/21/2008 | | Minute Entry for proceedings held 7/21/08 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in person with counsel Robert Rascia. Motion Hearing as to Freddell Bryant held re 15 MOTION to Suppress filed by defendant. On Court's own motion witnesses excluded from courtroom. Evidence for Government. Witnesses sworn; testimony heard. Evidence for defendant. Witness sworn; testimony heard. Parties rest. Status Conference set for 8/21/2008 at 1:15 PM by telephone (court will place call) before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are served pursuant to 18 U.S.C. 3161(h)(8)(A). Time is excluded from 7/21/2008 to 8/21/08. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 07/22/2008) |
| 07/21/2008 | 20 | EXHIBIT LIST from Motion to Suppress (#15) hearing. (KM, ilcd) (Entered: 07/22/2008) |
| 08/18/2008 | 21 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings re Motion to Suppress as to Freddell Bryant held on 7/21/2008, before Chief Judge Michael P. McCuskey. Court Reporter/Transcriber LC, Telephone number (217) 384–2290. Transcript purchased by: Robert Rascia.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/8/2008. Redacted Transcript Deadline set for 9/18/2008. Release of Transcript Restriction set for 11/17/2008. (SP, ilcd) (Entered: 08/18/2008) |
| 08/21/2008 | | Minute Entry for proceedings held on 8/21/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared by telephone with counsel, Robert Rascia, by telephone. Telephone Status Conference as to Freddell Bryant held. Defendant's memorandum of law, findings of fact and conclusions of law from evidentiary hearing held 7/21/2008 is to be filed by 9/12/2008. The Government is to file a response to defendant's memorandum by 10/3/2008; reply due 10/10/2008. Further Telephone Status Conference set for 10/28/2008 at 1:15 PM |

| | | |
|---|---|---|
| | | before Chief Judge Michael P. McCuskey. The court will initiate the call. The court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from today until 10/28/2008. (Court Reporter LC) (SP, ilcd) (Entered: 08/21/2008) |
| 09/12/2008 | 22 | MEMORANDUM *In Support of His Motion to Quash Arrest and Suppress Evidence* by Freddell Bryant re 15 MOTION to Suppress filed by Freddell Bryant (Rascia, Robert) (Entered: 09/12/2008) |
| 10/03/2008 | 23 | Response by USA as to Freddell Bryant re 22 Memorandum (Miller, Eugene) (Entered: 10/03/2008) |
| 10/09/2008 | 24 | REPLY TO RESPONSE to Motion by Freddell Bryant re 15 MOTION to Suppress *Evidence* (Rascia, Robert) (Entered: 10/09/2008) |
| 10/24/2008 | 25 | OPINION entered by Chief Judge Michael P. McCuskey on 10/24/2008 as to Freddell Bryant. Defendant's Motion to Suppress 15 is DENIED. This case remains scheduled for a status conference on October 28, 2008 at 1:15 p.m. See written order. (SP, ilcd) (Entered: 10/24/2008) |
| 10/28/2008 | | Minute Entry for proceedings held on 10/28/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared with counsel, Robert Racia. Telephone Status Conference as to Freddell Bryant held. Matter set for Status Conference on 11/25/2008 at 2:30 PM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from today until 11/25/2008. (Court Reporter LC) (SP, ilcd) (Entered: 10/28/2008) |
| 11/25/2008 | | Minute Entry for proceedings held on 11/25/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in person with counsel, Robert Rascia. Status Conference as to Freddell Bryant held. Oral motion by defendant to continue hearing for a change of plea; no objection by the Government. Oral motion granted. Matter set for Change of Plea Hearing on 12/15/2008 at 3:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from 11/25/2008 until 12/15/2008. Defendant remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 11/25/2008) |
| 12/15/2008 | | Minute Entry for proceedings held on 12/15/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller in person. Defendant FREDDELL BRYANT appeared by telephone with counsel, Robert Rascia, by telephone. Status Conference as to Freddell Bryant held. Oral motion by defendant to continue hearing. Oral motion granted. Matter set for Change of Plea Hearing on 12/29/2008 at 2:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from 12/15/2008 until 12/29/2008. U S Marshal is directed to transport defendant for hearing on 12/29/2008. (Court Reporter LC) (SP, ilcd) Modified on 12/17/2008 to correct typographical error. (SP, ilcd) (Entered: 12/15/2008) |
| 12/17/2008 | | Notice of Docket Text or Event Modification re Minutes from proceedings held on 12/15/2008. Clerk corrected typographical error in the date of the change of plea hearing. Hearing remains set for 12/29/2008 at 2:00 PM. (SP, ilcd) |

| | | |
|---|---|---|
| | | (Entered: 12/17/2008) |
| 12/18/2008 | | TEXT ORDER as to Freddell Bryant entered by Chief Judge Michael P. McCuskey on 12/18/2008. Pursuant to hearing held on 12/15/2008, CHANGE OF PLEA Hearing is set for 12/30/2008 at 2:00 PM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. (SP, ilcd) (Entered: 12/18/2008) |
| 12/19/2008 | 26 | MOTION Defendant Bryant's Emergency Motion for Supervised Jail Furlough by Freddell Bryant. (Rascia, Robert) (Entered: 12/19/2008) |
| 12/19/2008 | 27 | NOTICE *of Motion* by Freddell Bryant re 26 MOTION Defendant Bryant's Emergency Motion for Supervised Jail Furlough (Rascia, Robert) (Entered: 12/19/2008) |
| 12/19/2008 | | Minute Entry for proceedings held 12/19/08 before Chief Judge Michael P. McCuskey. Appearance of AUSA Eugene Miller for Government. Appearance of FREDDELL BRYANT and counsel Robert Rascia via phone. Emergency motion hearing held re: 26 Motion for Supervised Jail Furlough as to Freddell Bryant (1). Motion granted. USMS to handle arrangements with defendant's attorney. (Court Reporter LC.) (SKD, ilcd) (Entered: 12/19/2008) |
| 12/30/2008 | | Minute Entry for proceedings held on 12/30/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in person with counsel, Robert Rascia. Change of Plea Hearing as to Freddell Bryant not held. Status Conference held. Defendant requests a jury trial date and waives his right to a speedy trial. Pretrial Conference set for 3/12/2009 at 3:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection and Jury Trial set for 3/25/2009 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Motion filing deadline is 2/13/2009; responses due 2/26/2009. Voir dire questions due by 2/27/2009; objections to voir dire due by 3/6/2009. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from 12/30/2008 until 3/25/2009. Attorney Rascia requests that the defendant be transferred to Metropolitan Correctional Center (MCC) or Kankakee County Jail during trial preparation. The Court makes the request of the U S Marshal Service. Defendant remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 12/30/2008) |
| 01/14/2009 | 28 | PETITION for Writ of Habeas Corpus ad testificandum *for Terrance Bryant* by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 01/14/2009) |
| 01/15/2009 | 29 | ORDER granting 28 Motion for Writ of Habeas Corpus ad testificandum as to Freddell Bryant (1) entered by Magistrate Judge David G. Bernthal on 1/15/2009. (SP, ilcd) (Entered: 01/15/2009) |
| 01/15/2009 | 30 | Writ of Habeas Corpus ad Testificandum Issued as to Terrance D. Bryant, R60501, Danville Correctional Center, for pretrial conference set on 3/12/2009 in case as to Freddell Bryant (SP, ilcd) (Entered: 01/15/2009) |
| 02/13/2009 | 31 | INFORMATION TO ESTABLISH PRIOR CONVICTION by USA as to Freddell Bryant (Miller, Eugene) (Entered: 02/13/2009) |
| 02/13/2009 | | NOTICE OF HEARING: Due to a conflict in the Court's schedule, the pretrial conference as to Freddell Bryant is RESET from 3:00 PM to 4:00 PM on |

| | | | |
|---|---|---|---|
| | | | 3/12/2009 in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 02/13/2009) |
| 02/13/2009 | 32 | | MOTION for Extension of Time to File *Motion in Limine* by Freddell Bryant. (Rascia, Robert) (Entered: 02/13/2009) |
| 02/17/2009 | | | TEXT ORDER granting 32 Motion for Extension of Time to File as to Freddell Bryant (1). Defendant is allowed until 02/23/2009 to file his Motion in Limine. Entered by Chief Judge Michael P. McCuskey on 02/17/2009. (DK2, ilcd) (Entered: 02/17/2009) |
| 02/23/2009 | 33 | | MOTION in Limine *A* by Freddell Bryant. (Rascia, Robert) (Entered: 02/23/2009) |
| 02/23/2009 | 34 | | MOTION in Limine *B* by Freddell Bryant. (Rascia, Robert) (Entered: 02/23/2009) |
| 02/23/2009 | 35 | | MOTION Defendant Bryant's Motion for Pretrial Hearing Concerning Coconspirator (Co–Schemer) Statements by Freddell Bryant. (Rascia, Robert) (Entered: 02/23/2009) |
| 02/25/2009 | 36 | | PETITION for Writ of Habeas Corpus ad testificandum *for Machon Anderson* by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 02/25/2009) |
| 02/25/2009 | 37 | | PETITION for Writ of Habeas Corpus ad testificandum *for Jerome Harris* by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 02/25/2009) |
| 02/26/2009 | 38 | | ORDER granting 36 Motion for Writ of Habeas Corpus ad testificandum (Anderson) in case as to Freddell Bryant (1) entered by Magistrate Judge David G. Bernthal on 2/26/2009. (SP, ilcd) (Entered: 02/26/2009) |
| 02/26/2009 | 39 | | Writ of Habeas Corpus ad Testificandum Issued as to Machon Anderson for March 12, 2009 at 9:00 a.m. in case as to Freddell Bryant (SP, ilcd) (Entered: 02/26/2009) |
| 02/26/2009 | 40 | | ORDER granting 37 Motion for Writ of Habeas Corpus ad testificandum (Harris) in case as to Freddell Bryant (1) entered by Magistrate Judge David G. Bernthal on 2/26/2009. (SP, ilcd) (Entered: 02/26/2009) |
| 02/26/2009 | 41 | | Writ of Habeas Corpus ad Testificandum Issued as to Jerome Harris for March 12, 2009 at 9:00 a.m. in case as to Freddell Bryant (SP, ilcd) (Entered: 02/26/2009) |
| 02/27/2009 | 42 | | MOTION for Extension of Time to File Response/Reply as to 33 MOTION in Limine *A*, 34 MOTION in Limine *B*, 35 MOTION Defendant Bryant's Motion for Pretrial Hearing Concerning Coconspirator (Co–Schemer) Statements by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 02/27/2009) |
| 02/27/2009 | | | TEXT ORDER granting 42 Motion for Extension of Time to File Response. The Government is allowed until 03/04/2009 to file its Responses to the Motions [33, 34, 35] filed by Defendant, Freddell Bryant (1). Entered by Chief Judge Michael P. McCuskey on 02/27/2009. (DK2, ilcd) (Entered: 02/27/2009) |
| 02/28/2009 | 43 | | Proposed Voir Dire by Freddell Bryant (Rascia, Robert) (Entered: 02/28/2009) |
| 03/04/2009 | 44 | | PETITION for Writ of Habeas Corpus ad testificandum *for William Triplett* by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 03/04/2009) |

| 03/04/2009 | 45 | | ORDER granting 44 Motion for Writ of Habeas Corpus ad testificandum for William Triplett in case as to Freddell Bryant (1) entered by Magistrate Judge David G. Bernthal on 3/4/2009. (SP, ilcd) (Entered: 03/04/2009) |
|---|---|---|---|
| 03/04/2009 | 46 | | Writ of Habeas Corpus ad Testificandum Issued as to William Triplett for March 12, 2009, at 9:00 a.m. in case as to Freddell Bryant (SP, ilcd) (Entered: 03/04/2009) |
| 03/04/2009 | 47 | | RESPONSE to Motion by USA as to Freddell Bryant re 33 MOTION in Limine *A* (Miller, Eugene) (Entered: 03/04/2009) |
| 03/04/2009 | 48 | | RESPONSE to Motion by USA as to Freddell Bryant re 34 MOTION in Limine *B* (Miller, Eugene) (Entered: 03/04/2009) |
| 03/04/2009 | 49 | | RESPONSE to Motion by USA as to Freddell Bryant re 35 MOTION Defendant Bryant's Motion for Pretrial Hearing Concerning Cocconspirator (Co–Schemer) Statements (Miller, Eugene) (Entered: 03/04/2009) |
| 03/05/2009 | 50 | | PETITION for Writ of Habeas Corpus ad testificandum *for Shayne Savage* by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 03/05/2009) |
| 03/05/2009 | 51 | | ORDER granting 50 Motion for Writ of Habeas Corpus ad testificandum for Shayne Savage in case as to Freddell Bryant (1) entered by Magistrate Judge David G. Bernthal on 3/5/2009. (SP, ilcd) (Entered: 03/05/2009) |
| 03/05/2009 | 52 | | Writ of Habeas Corpus ad Testificandum Issued as to Shayne Savage for March 12, 2009, at 9:00 a.m. in case as to Freddell Bryant (SP, ilcd) (Entered: 03/05/2009) |
| 03/09/2009 | 53 | | OPINION entered by Chief Judge Michael P. McCuskey on 3/9/09 as to Freddell Bryant (1). It is ordered that defendant's 33 Motion in Limine (A) is DENIED; defendant's 34 Motion in Limine (B) is GRANTED; defendant's 35 Motion for Pretrial Hearing Concerning Cocconspirator Statements is DENIED; case remains set for pretrial conference on 3/12/09 at 4:00 PM and jury trial on 3/25/09. See written Opinion. (KM, ilcd) (Entered: 03/09/2009) |
| 03/12/2009 | 54 | | EXHIBIT LIST by USA as to Freddell Bryant (Miller, Eugene) (Entered: 03/12/2009) |
| 03/12/2009 | 56 | | STATEMENT OF THE CASE by USA as to Freddell Bryant. (Miller, Eugene) (Entered: 03/12/2009) |
| 03/12/2009 | 57 | | Proposed Jury Instructions by USA as to Freddell Bryant (Miller, Eugene) (Entered: 03/12/2009) |
| 03/12/2009 | | | Minute Entry for proceedings held on 3/12/2009 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in person with counsel, Robert Rascia. Pretrial Conference as to Freddell Bryant held. Deadline for defendant to file witness list and exhibit list is 3/18/2009. Defendant's objections to the Government's witness list, exhibit list, jury instructions and statement of the case are due by 3/19/2009. Defendant has until 3/26/2009 to file additional or alternate jury instructions. The Government has until 3/23/2009 to file a Santiago proffer. Case remains set for jury selection and jury trial to begin 3/25/2009 at 9:00 a.m. before Chief Judge Michael P. McCuskey. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) |

| | | | |
|---|---|---|---|
| | | | (Entered: 03/13/2009) |
| 03/23/2009 | 59 | | Writ of Habeas Corpus ad Testificandum for Jerome Harris Returned Unexecuted in case as to Freddell Bryant (SP, ilcd) (Entered: 03/23/2009) |
| 03/23/2009 | 60 | | Writ of Habeas Corpus ad Testificandum Returned Executed for Terrance Bryant on 3/12/2009 in case as to Freddell Bryant (SP, ilcd) (Entered: 03/23/2009) |
| 03/23/2009 | 61 | | Writ of Habeas Corpus ad Testificandum Returned Executed for Machon Anderson on 3/12/2009 in case as to Freddell Bryant (SP, ilcd) (Entered: 03/23/2009) |
| 03/24/2009 | | | Minute Entry for proceedings held on 3/24/2009 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in person with counsel, Robert Rascia. Change of Plea Hearing as to Freddell Bryant held. Defendant sworn and questioned by the Court. Defendant advised of rights, charges and possible penalties. Written plea agreement filed. Plea entered by Freddell Bryant (1) Guilty Counts 1, 2, and 3. Count 4 to be dismissed at sentencing. The Court accepts the plea as knowing and voluntary and finds the defendant guilty as charged. Cause is referred to U. S. Probation for presentence investigation. Matter set for Status Conference on 6/24/2009 at 4:00 PM by telephone from Urbana (court will place call) before Chief Judge Michael P. McCuskey. Defendant to be present by telephone on 6/24/2009. Defendant is remanded to the custody of the U S Marshal. (Court Reporter JS – Area Wide) (SP, ilcd) (Entered: 03/24/2009) |
| 03/24/2009 | 62 | | PLEA AGREEMENT as to Freddell Bryant (SP, ilcd) (Entered: 03/24/2009) |
| 03/24/2009 | 63 | | **+++ SEALED DOCUMENT – PLEA AGREEMENT – ORIGINAL SIGNATURES.** (SP, ilcd) (Entered: 03/24/2009) |
| 03/25/2009 | 64 | | ORDER on Implementation of Sentencing Guidelines as to Freddell Bryant entered by Chief Judge Michael P. McCuskey on 3/25/2009. (SP, ilcd) (Entered: 03/25/2009) |
| 04/20/2009 | 65 | | Writ of Habeas Corpus ad Testificandum for Shayne Savage Returned Unexecuted in case as to Freddell Bryant (SP, ilcd) (Entered: 04/20/2009) |
| 06/24/2009 | | | Minute Entry for proceedings held on 6/24/2009 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT and counsel, Robert Rascia, appeared by telephone. Status Conference as to Freddell Bryant held. Amended presentence report mailed to parties on 6/11/2009; no objections at this time. Sentencing set for 9/28/2009 at 1:30 PM by personal appearance in Courtroom A in Urbana before Chief Judge Michael P. McCuskey. Defendant's objections to the presentence report due by 8/31/2009. (Court Reporter LC) (SP, ilcd) (Entered: 06/24/2009) |
| 08/31/2009 | 66 | | OBJECTION *to the Presentence Investigation Report* by Freddell Bryant (Rascia, Robert) (Entered: 08/31/2009) |
| 09/28/2009 | 67 | | MOTION to Continue *Sentencing Hearing* by Freddell Bryant. (Rascia, Robert) (Entered: 09/28/2009) |

| | | | |
|---|---|---|---|
| 09/28/2009 | | | Minute Entry for proceedings held on 9/28/2009 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared in person with counsel, Robert Rascia. Status of case, including objections to presentence report, discussed. Motion to Continue 67 heard; no objections. Motion granted. Matter set for Telephone Status Conference on 10/30/2009 at 1:15 PM from Urbana before Chief Judge Michael P. McCuskey. The Court will place the call. The Court stays the Government's response to the objections to the presentence report and amendment of the presentence report. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 09/28/2009) |
| 10/30/2009 | | | Minute Entry for proceedings held on 10/30/2009 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared with counsel, Robert Rascia. Telephone Status Conference held. Matter set for further status conference on 11/13/2009 at 11:30 AM by telephone from Urbana before Chief Judge Michael P. McCuskey. The Court will initiate the call. (Court Reporter LC) (SP, ilcd) (Entered: 10/30/2009) |
| 11/13/2009 | | | Minute Entry for proceedings held 11/13/09 before Chief Judge Michael P. McCuskey. Appearance of AUSA Eugene Miller in person for Government. Appearance of FREDDELL BRYANT and atty Robert Rascia via phone. Status Conference held. Status discussed. Sentencing set for 1/19/2010 at 3:00 PM in Courtroom A by personal appearance in Urbana before Chief Judge Michael P. McCuskey. Defendant to be transported for the hearing. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/13/2009) |
| 01/19/2010 | | | Minute Entry for proceedings held on 1/19/2010 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT present in court with counsel, Robert Rascia, by telephone. Cause called for sentencing hearing. Parties acknowledge receipt of presentence report. Oral motion to continue by the Government; no objection by defendant. Oral motion granted. Status Conference is set for 1/21/2010 at 1:15 PM by telephone from Urbana before Chief Judge Michael P. McCuskey (court will place call). Defendant to appear by telephone. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 01/19/2010) |
| 01/21/2010 | | | Minute Entry for proceedings held on 1/21/2010 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared by telephone with counsel, Robert Rascia, also by telephone. Status Conference held. Status discussed. Sentencing is set for 3/1/2010 at 1:30 PM, by personal appearance in Courtroom A in Urbana before Chief Judge Michael P. McCuskey. (Court Reporter LC) (SP, ilcd) (Entered: 01/21/2010) |
| 03/01/2010 | | | Minute Entry for proceedings held on 3/1/2010 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT and counsel, Robert Rascia, appeared by telephone. Matter called for sentencing, not held. Status Conference held. Oral motion to continue by the Government; granted. Sentencing set for 4/29/2010 at 2:30 PM in Courtroom A in Urbana before Chief Judge Michael P. McCuskey. Defendant is to file commentary under seal by 3/26/2010. Government is to file |

| | | | |
|---|---|---|---|
| | | | a response or commentary by 4/16/2010. (Court Reporter LC) (SP, ilcd) (Entered: 03/01/2010) |
| 04/27/2010 | 68 | | POSITION by Freddell Bryant regarding Sentencing. (Rascia, Robert) (Entered: 04/27/2010) |
| 04/29/2010 | | | Minute Entry for proceedings held on 4/29/2010 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant FREDDELL BRYANT appeared with counsel, Robert Rascia. Sentencing continued from 1/19/2010 for Freddell Bryant (1), Counts 1, 2, 3 and 4. In camera hearing held. Motion for downward departure by the Government; granted. Recommendations by counsel heard. Written statement in allocution read by counsel for defendant and marked as an exhibit. It is the judgment of the Court that defendant is hereby committed to the custody of the Bureau of Prisons for a period of 300 months. Said term shall consist of 240 months on Counts 1 and 2, to run concurrently to each other and 60 months on Count 3, to be served consecutive to Counts 1 and 2. Count 4 is dismissed upon motion by the Government. Upon release from custody, the defendant shall serve a 10–year term of supervised release. Said term shall consist of 10 years on Count 1, 8 years on Count 2 and 5 years on Count 3; all counts to be served concurrently. It is further ordered that the defendant shall pay a special assessment in the amount of $300, due immediately. Appeal rights waived; court finds waiver knowing and voluntary. Defendant is remanded to the custody of the U S Marshal, with credit for time served. (Court Reporter LC) (SP, ilcd) (Entered: 04/30/2010) |
| 04/29/2010 | 69 | | EXHIBIT LIST from sentencing hearing by Freddell Bryant (SP, ilcd) (Entered: 04/30/2010) |
| 04/29/2010 | 70 | | +++ **PRESENTENCE INVESTIGATION REPORT** as to Freddell Bryant (SP, ilcd) (Entered: 04/30/2010) |
| 04/29/2010 | 71 | | +++ **SENTENCING RECOMMENDATION** as to Freddell Bryant. (SP, ilcd) (Entered: 04/30/2010) |
| 04/30/2010 | 72 | | JUDGMENT as to Freddell Bryant (1), entered by Chief Judge Michael P. McCuskey on 4/30/2010. (SP, ilcd) (Entered: 04/30/2010) |
| 04/30/2010 | 73 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT Judgment UNREDACTED** (SP, ilcd) (Entered: 04/30/2010) |
| 04/30/2010 | 74 | | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Freddell Bryant (SP, ilcd) (Entered: 04/30/2010) |
| 02/16/2011 | 75 | | Letter from Clerk, to Counsel of Record, regarding returning Defendant's exhibit 1 from the Sentencing Hearing held on April 29, 2010. If the Clerk has not heard from Counsel by 3/3/11, the Defendant's exhibit will be shredded or destroyed by the Clerk. (VB, ilcd) (Entered: 02/16/2011) |
| 03/03/2011 | | | Remark: Due to the Defendant's Attorney not responding to 75 Letter regarding returning Defendant's exhibits, the Clerk shredded Defendant's exhibit 1 from the Sentencing Hearing held on 4/29/10 on this date. (VB, ilcd) (Entered: 03/03/2011) |
| 11/10/2011 | 76 | | +++ **SEALED –– TRANSCRIPT (Sentencing on 4/29/10)  as to Freddell Bryant before Judge Michael P. McCuskey. Court Reporter: Lisa Cosimini. (SKD, ilcd) (Entered: 11/10/2011)** |

| 11/10/2011 | 77 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing Proceedings as to Freddell Bryant held on 4/29/10, before Judge Michael P. McCuskey. Court Reporter/Transcriber Lisa Cosimini, Telephone number 217–384–2290. Transcript purchased by: outside party.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/5/2011. Redacted Transcript Deadline set for 12/15/2011. Release of Transcript Restriction set for 2/13/2012. (SKD, ilcd) (Entered: 11/10/2011) |
| 01/17/2012 | 78 | | MOTION to Appoint Counsel as to filing a Motion Under 28 USC § 2255 filed by Freddell Bryant. (DE, ilcd) (Entered: 01/17/2012) |
| 01/17/2012 | | | TEXT ORDER granting 78 Motion to Appoint Counsel as to Freddell Bryant (1). Jon Gray Noll is appointed to determine whether a Motion under 28 U.S.C. Section 2255 can be filed on behalf of Defendant, Freddell Bryant. Entered by Chief Judge Michael P. McCuskey on 1/17/2012. (DK2, ilcd) (Entered: 01/17/2012) |
| 01/18/2012 | 79 | | Letter to Freddell Bryant from Judge McCuskey. Copy of letter mailed to Freddell Bryant at Macon County Jail, 333 S Franklin, Decatur, IL 62523. (DE, ilcd) (Entered: 01/18/2012) |
| 05/27/2014 | 80 | | MOTION for Copies of Transcripts Free of Charge filed by Freddell Bryant. (DS, ilcd) (Entered: 05/27/2014) |
| 05/27/2014 | | | TEXT ORDER granting 80 Motion for copies of sentencing transcript free of charge as to Freddell Bryant (1). The clerk is directed to send Defendant Bryant a copy of 76 sentencing transcript, which includes the in camera portion of the sentencing. This court has allowed this request, but any further requests for free transcripts will be carefully scrutinized. Entered by Judge Michael P. McCuskey on 5/27/2014. (DK2, ilcd) (Entered: 05/27/2014) |
| 06/19/2014 | 81 | | MOTION for copy of psychiatric evaluation report and copy of text order appointing attorney Noll regarding 2255 motion by Freddell Bryant. (Clerk mailed docket from 1/17/12 to Freddell Bryant.) (KM, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 06/20/2014) |
| 07/10/2014 | | TEXT ORDER entered by Magistrate Judge David G. Bernthal on 7/10/2014. On June 20, 2014, Freddell Bryant submitted a letter which has been docketed as a motion. Mr. Bryant has requested a copy of his psychiatric evaluation report and a copy of the order appointing Jon Gray Noll as his attorney.The motion 81 is GRANTED in part and DENIED in part. The Clerk of Court is directed to send Mr. Bryant a copy of the text order appointing counsel. The request for a copy of the psychiatric evaluation report is denied. Mr. Bryant should seek a copy of that report from his attorney. (DS, ilcd) (Entered: 07/10/2014) |
| 04/13/2020 | 82 | MOTION for Leave to File *Sealed Motion* by Freddell Bryant. (Patton, Thomas) (Entered: 04/13/2020) |
| 04/13/2020 | 83 | MOTION to Reduce Sentence pursuant to the First Step Act . (Patton, Thomas) Modified on 7/6/2021 to unseal filing and rename on docket. See 7/6/2021 Text Order(JRK). (Entered: 04/13/2020) |
| 04/29/2020 | | TEXT ORDER REASSIGNING CASE Entered by Judge James E. Shadid on 4/29/20. Pursuant to Administrative Order 19−mc−1001 entered 1/10/2019, case reassigned to Chief Judge Sara Darrow for all further proceedings. (ED, ilcd) (Entered: 04/29/2020) |
| 04/29/2020 | | Judge update in case as to Freddell Bryant. Magistrate Judge David G. Bernthal no longer assigned to case. (ED, ilcd) (Entered: 04/29/2020) |
| 04/29/2020 | | TEXT ORDER Entered by Chief Judge Sara Darrow on 4/29/20. AUSA Crystal Correa is the Assistant United States Attorney assigned to this matter. (ED, ilcd) (Entered: 04/29/2020) |
| 04/29/2020 | 84 | **++FIRST STEP ACT COMPUTATION WORK SHEET** as to Freddell Bryant (Brown, Thomas) (Entered: 04/29/2020) |
| 05/12/2020 | | TEXT ORDER Entered by Chief Judge Sara Darrow on 5/12/20 as to Freddell Bryant (1) granting 82 Motion for Leave. The Government is directed to file a Response to 83 Sealed Motion by 5/26/20.(ED, ilcd) (Entered: 05/12/2020) |
| 05/12/2020 | | TEXT ORDER Entered by Chief Judge Sara Darrow on 5/12/20. Attorney Thomas Patton of the office of the Federal Public Defender for the Central District of Illinois has been appointed to represent defendant in all further proceedings in this matter. (ED, ilcd) (Entered: 05/12/2020) |
| 05/26/2020 | 85 | RESPONSE to Motion by USA as to Freddell Bryant (Miller, Eugene) (Entered: 05/26/2020) |
| 06/16/2020 | 86 | Letter from Defendant Bryant. (RL, ilcd) (Entered: 06/22/2020) |
| 07/06/2021 | | TEXT ORDER entered by Chief Judge Sara Darrow on 7/6/21. Pursuant to the framework in 18 U.S.C. § 3582(c)(1)(B) and § 404 of the First Step Act, after full review of the record, careful consideration of all applicable sentencing factors, and exercising its discretion, the Court declines to reduce the defendant's sentence. Therefore, Defendant Bryants motion for reduction of his sentence under § 404 of the First Step Act 83 is DENIED. The Court further finds based on the procedural record in this case, it is not necessary to seal the motion. (RES) (Entered: 07/06/2021) |

| 08/05/2021 | 87 | | MOTION for Extension of Time to File an Appeal as to 7/6/2021 Order on Sealed Motion, by Freddell Bryant. (Attachments: # 1 envelope)(ANW) (Entered: 08/05/2021) |
|---|---|---|---|
| 08/05/2021 | 91 | | NOTICE OF APPEAL by Freddell Bryant regarding 7/6/2021 Text Order. *Document is duplicative to d/e 87 . See 1/21/2022 Text Order.* (ANW) (Entered: 01/24/2022) |
| 09/07/2021 | | | TEXT ORDER Entered by Chief Judge Sara Darrow on 9/7/2021. The Defendant has requested documents associated with this case. The Defendant had access to all pleadings and documents during the pendency of this case. If the Defendant wants copies, the Defendant may seek them from former Defense counsel. (ANW) (Entered: 09/07/2021) |
| 09/07/2021 | 88 | | Letter from Freddell Bryant. (Attachments: # 1 envelope) (ANW) (Entered: 09/07/2021) |
| 09/07/2021 | 89 | | MOTION for Reconsideration regarding 7/6/2021 Text Order on Sealed Motion, by Freddell Bryant. (Attachments: # 1 envelope)(ANW) (Entered: 09/07/2021) |
| 11/12/2021 | 90 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to Freddell Bryant held on 3/24/2009, before Judge Michael P. McCuskey. Court Reporter/Transcriber JS – Area Wide, Telephone number 800–747–6789. Transcript purchased by: Outside Party.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/3/2021. Redacted Transcript Deadline set for 12/13/2021. Release of Transcript Restriction set for 2/10/2022. (BMG) (Entered: 11/12/2021) |
| 01/21/2022 | | | TEXT ORDER entered by Chief Judge Sara Darrow on January 21, 2022. On July 6, 2021, the Court denied Defendant's 83 motion for a reduction of his sentence under § 404 of the First Step Act. July 6, 2021 Text Order. An appeal must be filed within 14 days of the order being appealed. See Fed. R. App. P. 4(b)(1)(A)(i). Thus, Defendant had until July 20, 2021 to file a notice of appeal. No notice was filed within that time. On August 5, 2021, the Court received |

Defendant's 87 notice of appeal and motion for extension of time to file a notice of appeal, which was dated July 30, 2021. Pursuant to Federal Rule of Appellate Procedure 4(b)(4), the court can extend the time to file a notice of appeal "[u]pon a finding of excusable neglect or good cause" but only "for a period not to exceed 30 days from the expiration of the time otherwise prescribed" by Rule 4(b)(1). As the 87 motion also serves as a notice of appeal which was filed before the 30–day extension period would expire (August 19, 2021), the Court is essentially considering whether to accept a late filing of the 87 notice of appeal. Defendant explains that he needed additional time to file his appeal because it took time for the Court's July 6, 2021 Text Order to reach him via mail and for him to communicate with the Federal Public Defender's office via mail to discuss his options. 87 Mot. Extension 1. Moreover, he explains that the COVID–19 pandemic hindered his access to the law library, though it is unclear how this relates to when he could file his notice of appeal. Without more detail about the timing of when Defendant received notice of the Court's decision, the Court declines to find good cause exists to grant an extension. See United States v. Elliott, 149 F. App'x 489, 492 (7th Cir. 2005) (citing cases for the proposition that good cause applies where the extension is needed for a reason outside the movant's control). However, the Court finds that excusable neglect exists. A court should consider the following factors when determining whether excusable neglect exists: "the danger of prejudice to the [non–moving party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship, 507 U.S. 380, 395 (1993); see United States v. Brown, 133 F.3d 993, 996 (7th Cir. 1998) (applying Pioneer Investor Services to a case involving Federal Rule of Appellate Procedure 4(b)). The determination of whether excusable neglect exists is "at bottom an equitable one." Pioneer Inv. Servs., 507 U.S. at 395. Here, the factors weigh in favor of finding excusable neglect. The Court cannot conceive of any prejudice to the United States and Defendant's ten–day delay in moving for an extension of time will not significantly impact judicial proceedings. The reason for the delay was at least in part that Defendant was communicating with his counsel by mail, which is certainly slower than electronic communication. Moreover, mail service is limited to Monday through Friday at Defendant's institution. See Inmate Admission & Orientation Handbook 35, Fed. Bureau of Prisons, https://www.bop.gov/locations/institutions/clp/CLP_aohandbook.pdf (last updated Jan. 2013)). At least some of the delay, therefore, was not in Defendant's reasonable control. And lastly, there is no indication that Defendant is not acting in good faith. Therefore, the motion for an extension of time is GRANTED and the 87 notice of appeal is deemed timely filed. The Clerk is directed to send a copy of the 87 notice and other required documents to the Seventh Circuit Court of Appeals. To the extent the 87 motion requests appointment of counsel on appeal, the motion is DENIED. Defendant must make that request before the Seventh Circuit. The 89 motion for reconsideration is MOOT. (AK) (Entered: 01/21/2022)

**FILED**

AUG 5 – 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

7-30-21

Dear Your Honor

I'm writing the Court to ask if it would accept my letter as a motion For the following:

Notice of appeal in the Court order of July 6, 2021

Motion to extend the time to File a Notice of Appeal # 2:07 cr 20043

Reasons why I need a extension it has taken some time For the decision to Reach me and For me to Reach out the the Federal DeFender oFFice to view my options and of this was done By mail on top of that the Pandemic CoViD as hinder my ocess to the law library I ask the Court to Appoint me counsel to help me on my Appeal iF Not give me some time to proceed Pro se
thank you

Freddell Bryant

Freddell Bryant #22433424
PO Box 1034 USP Coleman II
Coleman Fl 33521

TAMPA FL 335
SAINT PETERSBURG FL
2 AUG 2021  PM 5 L

61802-331799

Clerk of the Court
201 S Vine St
Urbana Illinois 61802

Legal
Mail

E-FILED
Thursday, 05 August, 2021 02:01:46 PM
Clerk, U.S. District Court, ILCD

**FILED**

AUG 5 - 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

7-30-21

Dear Your Honor

I'm writing the Court to ask if it would accept my letter as a motion for the following:

Notice of appeal in the Court order of July 6, 2021

Motion to extend the time to file a Notice of Appeal # 2:07 cr 20043

Reasons why I need a extension it has taken some time for the decision to reach me and for me to reach out the the Federal Defender office to view my options and of this was done by mail on top of that the Pandemic Covid as hinder my ocess to the law library I ask the Court to Appoint me counsel to help me on my Appeal if not give me some time to proceed Pro Se

thank you

Freddell Bryant

23

E-FILED
Thursday, 05 August, 2021 02:01:46 PM
Clerk, U.S. District Court, ILCD

Freddell Bryant #22433424
P O Box 1034 USP Coleman II
Coleman Fl 33521

TAMPA FL 335
SAINT PETERSBURG FL
2 AUG 2021 PM 5 L

Clerk of the Court
201 S Vine St
Urbana Illinois 61802

61802-331799

Legal
Mail



```
MIME-Version:1.0
From:ECF_Returns@ilcd.uscourts.gov
To:ECF_Notices
Bcc:
--Case Participants: Crystal Connie Correa (caseview.ecf@usdoj.gov), Eugene L Miller
(caseview.ecf@usdoj.gov, eugene.miller@usdoj.gov, staci.klayer@usdoj.gov), Jon Gray Noll
(noll@noll-law.com), Thomas W Patton (mary_k_ardis@fd.org, thomas_patton@fd.org), Chief
Judge Sara Darrow (chambers.darrow@ilcd.uscourts.gov, sara_darrow@ilcd.uscourts.gov)
--Non Case Participants: Probation NEFs (ilcpml_filings@ilcp.uscourts.gov), U.S. Marshals
- Urbana (marshals_urbana@ilcd.uscourts.gov)
--No Notice Sent:

Message-Id:4124937@ilcd.uscourts.gov
Subject:Activity in Case 2:07-cr-20043-SLD USA v. Bryant Order on Sealed Motion
```
Content–Type: text/html

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 7/6/2021 at 12:18 PM CDT and filed on 7/6/2021

| | |
|---|---|
| **Case Name:** | USA v. Bryant |
| **Case Number:** | 2:07–cr–20043–SLD |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **TEXT ORDER entered by Chief Judge Sara Darrow on 7/6/21. Pursuant to the framework in 18 U.S.C. § 3582(c)(1)(B) and § 404 of the First Step Act, after full review of the record, careful consideration of all applicable sentencing factors, and exercising its discretion, the Court declines to reduce the defendant's sentence. Therefore, Defendant Bryants motion for reduction of his sentence under § 404 of the First Step Act [83] is DENIED. The Court further finds based on the procedural record in this case, it is not necessary to seal the motion. (RES)**


**2:07–cr–20043–SLD–1 Notice has been electronically mailed to:**

Eugene L Miller &nbsp &nbsp eugene.miller@usdoj.gov, CaseView.ECF@usdoj.gov, staci.klayer@usdoj.gov

Jon Gray Noll &nbsp &nbsp noll@noll–law.com

Thomas W Patton &nbsp &nbsp thomas_patton@fd.org, mary_k_ardis@fd.org

**2:07–cr–20043–SLD–1 Notice has been delivered by other means to:**

Crystal Connie Correa
UNITED STATES ATTORNEY'S OFFICE
318 S Sixth Street
Springfield, IL 62701–1806

```
MIME-Version:1.0
From:ECF_Returns@ilcd.uscourts.gov
To:ECF_Notices
Bcc:
--Case Participants: Crystal Connie Correa (caseview.ecf@usdoj.gov), Eugene L Miller
(caseview.ecf@usdoj.gov, eugene.miller@usdoj.gov, staci.klayer@usdoj.gov), Jon Gray Noll
(noll@noll-law.com), Thomas W Patton (mary_k_ardis@fd.org, thomas_patton@fd.org), Chief
Judge Sara Darrow (chambers.darrow@ilcd.uscourts.gov, sara_darrow@ilcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:4269431@ilcd.uscourts.gov
Subject:Activity in Case 2:07-cr-20043-SLD USA v. Bryant Order on Motion for Extension of
Time to File Response/Reply
Content-Type: text/html
```

## U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 1/21/2022 at 1:24 PM CST and filed on 1/21/2022

| | |
|---|---|
| **Case Name:** | USA v. Bryant |
| **Case Number:** | 2:07–cr–20043–SLD |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**TEXT ORDER entered by Chief Judge Sara Darrow on January 21, 2022. On July 6, 2021, the Court denied Defendant's [83] motion for a reduction of his sentence under § 404 of the First Step Act. July 6, 2021 Text Order. An appeal must be filed within 14 days of the order being appealed. See Fed. R. App. P. 4(b)(1)(A)(i). Thus, Defendant had until July 20, 2021 to file a notice of appeal. No notice was filed within that time. On August 5, 2021, the Court received Defendant's [87] notice of appeal and motion for extension of time to file a notice of appeal, which was dated July 30, 2021. Pursuant to Federal Rule of Appellate Procedure 4(b)(4), the court can extend the time to file a notice of appeal "[u]pon a finding of excusable neglect or good cause" but only "for a period not to exceed 30 days from the expiration of the time otherwise prescribed" by Rule 4(b)(1). As the [87] motion also serves as a notice of appeal which was filed before the 30–day extension period would expire (August 19, 2021), the Court is essentially considering whether to accept a late filing of the [87] notice of appeal. Defendant explains that he needed additional time to file his appeal because it took time for the Court's July 6, 2021 Text Order to reach him via mail and for him to communicate with the Federal Public Defender's office via mail to discuss his options. [87] Mot. Extension 1. Moreover, he explains that the COVID–19 pandemic hindered his access to the law library, though it is unclear how this relates to when he could file his notice of appeal. Without more detail about the timing of when Defendant received notice of the Court's decision, the Court declines to find good cause exists to grant an extension. See United States v. Elliott, 149 F. App'x 489, 492 (7th Cir. 2005) (citing cases for the proposition that good cause applies where the extension is needed for a reason outside the movant's control). However, the Court finds that excusable neglect exists. A court should consider the following factors when determining whether excusable neglect exists: "the danger of prejudice to the [non–moving party], the length of the delay and its potential impact on judicial proceedings, the reason for**

the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship, 507 U.S. 380, 395 (1993); see United States v. Brown, 133 F.3d 993, 996 (7th Cir. 1998) (applying Pioneer Investor Services to a case involving Federal Rule of Appellate Procedure 4(b)). The determination of whether excusable neglect exists is "at bottom an equitable one." Pioneer Inv. Servs., 507 U.S. at 395. Here, the factors weigh in favor of finding excusable neglect. The Court cannot conceive of any prejudice to the United States and Defendant's ten–day delay in moving for an extension of time will not significantly impact judicial proceedings. The reason for the delay was at least in part that Defendant was communicating with his counsel by mail, which is certainly slower than electronic communication. Moreover, mail service is limited to Monday through Friday at Defendant's institution. See Inmate Admission & Orientation Handbook 35, Fed. Bureau of Prisons, https://www.bop.gov/locations/institutions/clp/CLP_aohandbook.pdf (last updated Jan. 2013)). At least some of the delay, therefore, was not in Defendant's reasonable control. And lastly, there is no indication that Defendant is not acting in good faith. Therefore, the motion for an extension of time is GRANTED and the [87] notice of appeal is deemed timely filed. The Clerk is directed to send a copy of the [87] notice and other required documents to the Seventh Circuit Court of Appeals. To the extent the [87] motion requests appointment of counsel on appeal, the motion is DENIED. Defendant must make that request before the Seventh Circuit. The [89] motion for reconsideration is MOOT. (AK)

**2:07–cr–20043–SLD–1 Notice has been electronically mailed to:**

Eugene L Miller &nbsp &nbsp eugene.miller@usdoj.gov, CaseView.ECF@usdoj.gov, staci.klayer@usdoj.gov

Jon Gray Noll &nbsp &nbsp noll@noll–law.com

Thomas W Patton &nbsp &nbsp thomas_patton@fd.org, mary_k_ardis@fd.org

**2:07–cr–20043–SLD–1 Notice has been delivered by other means to:**

Crystal Connie Correa
UNITED STATES ATTORNEY'S OFFICE
318 S Sixth Street
Springfield, IL 62701–1806