E-FILED
Tuesday, 25 January, 2022 02:42:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

January 24, 2022

| | |
|---|---|
| No. 22-1111 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>FREDDELL BRYANT,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No. 2:07-cr-20043-SLD-1<br>Central District of Illinois<br>Clerk/Agency Rep Shig Yasunaga<br>District Judge Sara Darrow<br><br>Case filed: 01/24/2022<br>Case type: cr/X<br>Fee status: In Forma Pauperis<br>Date of Judgment: 07/06/2021<br>Date NOA filed: 08/05/2021 ||

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 22-1111 | Freddell Bryant | Docketing statement due | 08/12/2021 |
| 22-1111 | Freddell Bryant | Transcript information sheet | 02/07/2022 |
| 22-1111 | Freddell Bryant | Appellant's brief | 03/07/2022 |

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice**     (form ID: **108**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 24, 2022

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-1111
>
> Caption:
> UNITED STATES OF AMERICA,
>           Plaintiff - Appellee
>
> v.
>
> FREDDELL BRYANT,
>           Defendant - Appellant
>
> District Court No: 2:07-cr-20043-SLD-1
> Clerk/Agency Rep Shig Yasunaga
> District Judge Sara Darrow
>
> Date NOA filed in District Court: 08/05/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)